## 10

Allen M. BUTTS, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 15, 1925.) No.

6889. In Error to the District Court of the United States for the District of Colorado. Hamlet J. Barry, of Denver, Colo., for plaintiff in error. George Stephan, U. S. Atty., of Denver, Colo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under section 5 of rule 24.